1  Eva M. Weiler (SBN: 233942)
   eweiler@shb.com
2  Brady O'Bryan (SBN: 335729)
   bobryan@shb.com
3  **SHOOK, HARDY & BACON L.L.P.**
   Jamboree Center
4  5 Park Plaza, Suite 1600
   Irvine, California  92614-2546
5  Telephone:  949-475-1500

6  Attorneys for Defendants
   sanofi-aventis U.S. LLC and
7  Sanofi US Services Inc.

8  (Additional Firms on Signature Page)

9

10  UNITED STATES DISTRICT COURT

11  EASTERN DISTRICT OF CALIFORNIA

12

13  SONIA MACIAS,                          ) Case No.:  2:23-cv-02565-KES-AC
                                           )
14        Plaintiff,                       ) Judge:  Hon. Kirk E. Sherriff
                                           )
15                                         )
          vs.                              ) **STIPULATION FOR DISMISSAL OF**
16                                         ) **ENTIRE ACTION WITH**
    SANOFI US SERVICES INC., et al.,       ) **PREJUDICE (FED. R. CIV. P.**
17                                         ) **41(a)(1)(A)(ii)) AND [PROPOSED]**
          Defendants.                      ) **ORDER**
18                                         )
                                           )
19                                         ) Case Transferred In: 11/07/23
                                           )
20                                         )
                                           )
21

22       It is hereby stipulated by and between Plaintiff Sonia Macias ("Plaintiff") and

23  Defendants Sanofi US Services, Inc. and sanofi-aventis U.S. LLC (collectively

24  "Defendants") (the parties to this Stipulation are individually referred to as "Party"

25  and jointly as "Parties"), by and through their attorneys of record, as follows:

26       **WHEREAS**, the Parties have now finalized settlement and Plaintiff has

27  executed a release of all claims in this action;

28

**WHEREAS,** pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), this matter may be dismissed by all parties who have appeared;

**NOW, THEREFORE, IT IS HEREBY STIPULATED**:

Pursuant to Federal Rules of Civil Procedure, rule 41(a)(1)(A)(ii), the Parties stipulate that this entire action shall be dismissed with prejudice, with the Parties to bear their own costs incurred in this action.

Dated:  December 3, 2024

Respectfully submitted,

SHOOK HARDY & BACON L.L.P.

By:  /s/*Brady O'Bryan*
Eva M. Weiler
Brady O'Bryan

Attorneys for Defendants
sanofi-aventis U.S. LLC and Sanofi US Services Inc.

Dated:  December 3, 2024

Respectfully submitted,

JOHNSON BECKER, PLLC

By:  */s/ Timothy J. Becker* (as authorized on  12/2/2024)
Timothy J. Becker (pro hac vice)

JOHNSON BECKER, PLLC
444 Cedar St., Ste. 1800
St. Paul, MN 55101
tbecker@johnsonbecker.com

Attorney for Plaintiff
Sonia Macias

# ORDER

Having considered the Joint Stipulation between Plaintiff Sonia Macias and Defendants Sanofi US Services Inc. and sanofi-aventis U.S. LLC, accompanying declarations, and good cause appearing:

**IT IS HEREBY ORDERED** that this entire action is dismissed with prejudice pursuant to Federal Rule Civil Procedure 41(a)(1)(A)(ii).

The Clerk of Court is directed to CLOSE this case.

IT IS SO ORDERED.

Dated:   December 6, 2024

_____
UNITED STATES DISTRICT JUDGE